Case 2:05-cv-02386-JPM-dkv   Document 3   Filed 07/15/05   Page 1 of 3   PageID 16

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 15 PM 4:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| RALPH LYDELL VEASY, | ) |  |
| Petitioner, | ) |  |
| vs. | ) | No. 05-2386-M1/V |
| T.C. OUTLAW, | ) |  |
| Respondent. | ) |  |

ORDER DIRECTING PETITIONER TO FILE AN **IN FORMA PAUPERIS** AFFIDAVIT
OR PAY THE HABEAS FILING FEE

Petitioner Ralph Lydell Veasy, Bureau of Prisons inmate registration number 14596-076, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a *pro se* petition pursuant to 28 U.S.C. § 2241 on May 24, 2005. The Clerk shall record the Respondent as FCI-Memphis Warden T.C. Outlaw.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Veasy's petition is not accompanied by either the filing fee or a motion to proceed *in forma pauperis*. Accordingly, Veasy is ORDERED either to submit a properly completed *in forma pauperis* affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-18-05



within thirty (30) days of the date of entry of this order. The Clerk is ORDERED to mail a copy of the prisoner in forma pauperis affidavit to Petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this __15__ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, Petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed in forma pauperis will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02386 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Ralph Lydell Veasey
Federal Correctional Institution
14596-076
P.O. Box 34550
Memphis, TN 38184

Honorable Jon McCalla
US DISTRICT COURT