IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| RALPH LYDELL VEASY, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2386-Ml/V |
| T.C. OUTLAW, | X | |
| Respondent. | X | |

ORDER TO RESPOND TO PETITION PURSUANT TO 28 U.S.C. § 2241

Petitioner Ralph Lydell Veasy, Bureau of Prisons inmate registration number 14596-076, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on May 24, 2005. The Court issued an order on July 15, 2005 directing the petitioner, within thirty (30) days, to file a properly completed in forma pauperis affidavit or pay the habeas filing fee. The petitioner paid the habeas filing fee on July 29, 2005.

It is ORDERED that the respondent shall file a response to the petition within twenty-three (23) days.

It is further ORDERED that the Clerk shall serve a copy of the petition and this order on the respondent by certified mail and shall provide a copy of the petition and this order to the United States Attorney for the Western District of Tennessee. Pursuant to Fed. R. Civ. P. 4(i), the Clerk shall also send copies

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-2-05



of the petition and this order by certified mail to Attorney General Alberto R. Gonzales and Harley G. Lappin, the Director of the BOP.

IT IS SO ORDERED this \_\_31\_\_ day of August, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02386 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Ralph Lydell Veasey
Federal Correctional Institution
14596-076
P.O. Box 34550
Memphis, TN 38184

Honorable Jon McCalla
US DISTRICT COURT